

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/10/2020__

-LP
nue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

ssverdlov@seyfarth.com
T (212) 218-5547

www.seyfarth.com

November 9, 2020

**VIA ECF & E-MAIL**

Hon. Andrew L. Carter, Jr.
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 1306
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

**Re:**   *Swartz v. 50 Bowery Holdings LLC*,
   Civil Action No.: 1:20-cv-08613 (S.D.N.Y.)

Dear Judge Carter:

     This office represents Defendant 50 Bowery Holdings LLC ("Defendant") in the above-referenced matter.  We write, with the consent of Plaintiff Helen Swartz ("Plaintiff"), to respectfully request a 30-day extension of the deadline for Defendant to respond to the Complaint, up to and including December 21, 2020.

     By way of background, Plaintiff commenced this action on or about October 15, 2020.  (ECF No. 1.)  Defendant was served with the Summons and Complaint on October 30, 2020.  Defendant's responsive pleading is due on or before November 20, 2020.

     This is the first request for an extension of Defendant's responsive pleading deadline.  Defendant is requesting this extension to provide it with additional time to investigate the allegations in the Complaint.  We have communicated with counsel for Plaintiff, and Plaintiff consents to this request.

     We respectfully submit this request in good faith and not to cause undue delay.  The granting of this application will not impact any other scheduled deadlines.  We thank the Court for its time and attention to this matter.

66571140v.1



Hon. Andrew L. Carter, Jr.<br>
November 9, 2020<br>
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Samuel Sverdlov*

Samuel Sverdlov

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: November 10, 2020