| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | USDC SDNY |
| **SOUTHERN DISTRICT OF NEW YORK** | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC#: _____ |
| | DATE FILED: 12/29/2020 |

-------------------------------------------------------------------x

**SWARTZ,**

              **Plaintiff,**

    v.                                        **20-cv-08613-ALC**

**50 BOWERY HOLDINGS LLC,**            **ORDER**

              **Defendant.**

-------------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

**SO ORDERED.**

**Dated: December 29, 2020**

      **New York, New York**

                                                            _____

                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**