UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN SWARTZ, Individually,<br><br>    Plaintiff,<br><br>v.<br><br>50 BOWERY HOLDINGS, LLC,<br>a New York Limited Liability Company,<br><br>    Defendant. | Case No. 1:20-cv-08613-ALC<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Helen Swartz ("Plaintiff") and Defendant 50 Bowery Holdings, LLC ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: New York, New York
       January 25, 2021

| | |
|---|---|
| **SEYFARTH SHAW LLP**<br><br>By _/s/ Samuel Sverdlov_<br>Samuel Sverdlov<br>620 8th Avenue, 32nd Floor<br>New York, NY 10018<br>Telephone: (212) 218-5500<br>*Attorneys for Defendant*<br>*50 Bowery Holdings, LLC* | **FULLER, FULLER & ASSOCIATES, P.A.**<br><br>By _/s/ Lawrence A. Fuller_<br>Lawrence A. Fuller<br>12000 Biscayne Blvd., Suite 502<br>North Miami, FL 33181<br>Telephone: (305) 891-5199<br>*Attorneys for Plaintiff*<br>*Helen Swartz* |

67733655v.1